■ SUSAN P. WIND, Appellant, v TIMOTHY J. MCNEIL, Respondent. [971 NYS2d 910]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered August 8, 2012. The order granted the motion of defendant to amend his answer and for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated at Supreme Court. Present—Scudder, P.J., Centra, Lindley and Whalen, JJ.